Morton v. USA										Doc. 3

# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Troy Lamar Morton,

      Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:06-cv-128-2-MU

United States of America,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 20, 2006 Order.

**Signed: March 21, 2006**

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court

dockets.Justia.com